IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:10CR283 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DARROW FOWLER, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that, following a hearing in this matter, a pretrial conference is scheduled before the undersigned in Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska on **October 26, 2011, at 2:00 p.m.** A jury trial for the defendant, Darrow Fowler, is scheduled before the undersigned in Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **October 31, 2011 at 8:30 a.m.** The defendant must be present for the pretrial conference and the trial.

The defendant shall inform the government of which portions of the defendant's recorded interrogation the defendant will use for impeachment purposes on or before the close of business on **October 21, 2011.**

The parties shall provide FRCP 16 designations for any expert witnesses who did not testify during the previous trial of this matter on or before the close of business **October 18, 2011.**

The time between October 4, 2011 and October 31, 2011, is deemed excluded under the Speedy Trial Act, in the interest of justice.

Since this is a criminal case, the defendant shall be present, unless excused by the court. If an interpreter is required, one must be requested by the plaintiff in writing five (5) days in advance of the scheduled hearing.

DATED this 11th day of October, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge